**Order entered August 6, 2021**



### In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00141-CV

## IN RE: IRVING LONG TERM CARE, LLC D/B/A LAS BRISAS REHABILITATION & WELLNESS SUITES AND THI OF TEXAS, LLC, Relators

### Original Proceeding from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-12843-K

### ORDER
Justices Molberg, Partida-Kipness, and Reichek

Based on the Court's opinion of this date, we **REINSTATE** this original proceeding and **DISMISS** relators' petition for writ of mandamus. We also **LIFT** the stay issued by this Court's March 15, 2021 order.

/s/    KEN MOLBERG
           JUSTICE